JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LIWAT INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 12-EDCV-01782-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 17, 2012<br><br>District Judge: Hon. Percy Anderson<br>Dept: 15<br><br>Magistrate: Hon. Victor B. Kenton<br>Dept: 590<br>Trial Date: Not Set |

1	Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2	and between the parties, the Court hereby orders this action to be dismissed with
3	prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4	shall bear their own attorneys' fees and costs.

6	IT IS SO ORDERED.

9	Dated: August 7, 2013         _____
		Hon. Percy Anderson
		United States District Judge