JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LIWAT INVESTMENTS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 12-EDCV-01782-PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 17, 2012<br><br>District Judge:　Hon. Percy Anderson<br>Dept:　　　　　15<br><br>Magistrate:　　Hon. Victor B. Kenton<br>Dept:　　　　　590<br>Trial Date:　　Not Set |

Having considered the Stipulation to Dismiss Entire Action With Prejudice by and between the parties, the Court hereby orders this action to be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 7, 2013

_____
Hon. Percy Anderson
United States District Judge